IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY CANTRELL,

    Petitioner,

-vs-                          Case No. 5:21-cv-146-PGB-PRL

WARDEN FCC COLEMAN-LOW,

    Respondent.
_____/

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Gregory Cantrell, petitioner, pro se, and respectfully ask this court's to enter[ed] **Default Judgment** against the Respondent's failure to response by the Court Order due date January 13, 2023. See Document 24, Filed on January 3, 2023 i.e. given the Respondent ten days from the date of this Order, Respondent shall file a response to the claim. Id. However, it is now January 18, 2023, the Petitioner have not received any response from the Respondent's nor any NOTICE seeking extension of time.

1. It is the Petitioner's sworn declaration that BOP's FSA ETC's policy is in violation of the First Step Act of 2018. After a year of fits and starts, the BOP last week rolled out its latest iteration of the automatic calculation of inmates' First Step Act credits. Once again the petitioner's suffer[ed] undue harm because he was one of many prisoners that was left behind again due to the new calculations.

-1-

2. The Respondent now is saying "its another glitch in the system and that to give them until the 18th to have it corrected, but they are aiming for the end of last week." See Forbes, Working Out The Bugs On The Bureau of Prisons' First Step Act Calculator (Jan 12).

3. Mr.Cantrell's are now at near the end of his custody term, applying 480 days for ETC earned between December 21,2018 and January 9,2023 moves his projected release date to January 4,2023. Requiring Cantrell to wait any additional time or longer, to receive credits for time earned would likely prejudice him by depriving him of credits he has earned. Thus, the assertion that Cantrell will receive these credits within the next couple months, i.e., in time for them to impact the remainder of his sentence, is speculative. Additionally, because of the uncertainly of the automated system's implementation and Cantrell's approaching release date, it is necessary for BOP to reevaluate the application of Cantrell's credits immediately.

WHEREFORE, I pray that court's will enter[ed] its Order granting **Default Judgment** because relief is clear and Respondent's failed to timely file[d] its respond contesting underlying "statutory claim or challenge" that BOP's policy violate[d] the First Step Act of 2018.

Done on this /8 day of January, 2023.

Respectfully submitted,

Gregory Cantrell, Reg. 61959-019
FCC Coleman-Low
P.O.Box 1031
Coleman, Florida 33521-1031

## PROOF OF SERVICE

I certify that on January 18, 2023 I mailed a copy of this motion and all attachments via First class mail to the following parties at the addresses listed below:

> U.S. Department of Justice
> United States Attorney's Office
> Middle District of Florida
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida
> 33602

In addition I certify that this document was given to prison officials on January 18, 2023 for forwarding to the U.S. District Court for the Middle District of Florida, Ocala Division. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

/s/ _Gregory Cantrell_
Mr. Gregory Cantrell, Petitioner, ProSe